IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>POLAN DENTAL CORPORATION,<br><br>Defendant. | Case No. 19-cv-02310-CRB<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER NO. 56** |

Now before this Court is Plaintiff Gregory Johnson's Motion for Administrative Relief from General Order No. 56 (Dkt. 12). Defendant's response was due on August 13, 2019. Id. Defendant has not opposed Plaintiff's Motion. The Court therefore GRANTS Plaintiff's unopposed Motion for Administrative Relief. The parties are thus relieved from complying with this Court's May 2, 2019 scheduling order (Dkt. 3) and May 17, 2019 Clerk's Notice (Dkt. 6) insofar as those orders require compliance with the conditions of General Order No. 56.

**IT IS SO ORDERED.**

Dated: August 19, 2019

CHARLES R. BREYER
United States District Judge